## NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000430
08-JAN-2026
07:57 AM
Dkt. 45 OGMR**

NO. CAAP-25-0000430

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEO CADIZ and FLORENCIA CADIZ as Co-Trustees of the
JOSUE B. CADIZ AND LEONARDA V. CADIZ REVOCABLE LIVING TRUST
DECLARATION DATED MAY 29, 1993, Plaintiffs/Counterclaim
Defendants-Appellees,
v.
ALEX CADIZ, Defendant/Counterclaimant/
Third-Party Plaintiff-Appellant, and
ERNESTO BASCONCILLO, and LEONILA C. BASCONCILLO,
Defendants/Counterclaimants/Third-Party Plaintiffs-Appellees, and
LEA CADIZ, LEANNE CADIZ, LENNY CADIZ and LINDSEY CADIZ,
Third-Party Defendants-Appellees, and
JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5,
DOE PARTNERSHIPS 1-5, DOE CORPORATIONS 1-5 and
DOE LIMITED LIABILITY COMPANIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-22-0000016)

ORDER GRANTING MOTION FOR PARTIAL RECONSIDERATION
(By:  Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of Defendants/Counterclaimants/
Third-Party Plaintiffs-Appellees Ernesto Basconcillo and
Leonila C. Basconcillo's (together, the **Basconcillos**) January 2,
2026 Motion for Partial Reconsideration of Order Dismissing
Appeal, the papers in support, and the record,[1]

---

[1]     The court did not consider the unauthorized Response by Appellee
[sic] Leo Cadiz and Florencia Cadiz (Nakamura), Co-Trustees, Lea Cadiz, Leanne
Cadiz, Lenny Cadiz and Lindsey Cadiz to Motion for Partial Reconsideration of
Order Dismissing Appeal Filed by Basconcillos, filed January 5, 2026, by
Plaintiffs/Counterclaim Defendants-Appellees Leo Cadiz and Florencia Cadiz, as
co-trustees of the Josue B. Cadiz and Leonarda V. Cadiz Revocable Living Trust
Declaration Dated May 29, 1993, and Third-Party Defendants-Appellees Lea
Cadiz, Leanne Cadiz, and Lindsey Cadiz.  See Hawai'i Rules of Appellate
Procedure (**HRAP**) Rule 40(c) ("No response to a motion for reconsideration
. . . will be received unless requested by the appellate court.").

IT IS HEREBY ORDERED that the motion for partial reconsideration is granted.  HRAP Rule 40.  The Order Dismissing Appeal, filed January 2, 2026, is corrected to reflect the appeal in CAAP-25-0000430 is by self-represented Defendant/Counterclaimant/Third-Party Plaintiff-Appellant Alex Cadiz only, the Basconcillos are appellees in the appeal, and Alex Cadiz's appeal is dismissed for failure to file the statement of jurisdiction and opening brief.

DATED:  Honolulu, Hawaiʻi, January 8, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge